UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for GSR Mortgage Loan Trust 2007,<br><br>    Plaintiff,<br><br>    v.<br><br>LEE VALVIS,<br><br>    Defendant.<br>_____/ | No. C-12-4441 EMC<br><br>**ORDER REMANDING CASE TO STATE COURT** |

On October 19, 2012, this Court issued an **ORDER GRANTING DEFENDANT'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*; AND DISMISSING COMPLAINT WITH LEAVE TO AMEND** directing Plaintiff Lee Valvis to file an amended notice of removal by November 19, 2012, otherwise, the case will automatically be dismissed with prejudice and the case be deemed remanded. As of this day, Plaintiff did not file such amended notice of removal. It is hereby ordered that the case is dismissed with prejudice and be remanded to state court. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 26, 2012

                                                                      _____<br>
                                                                      EDWARD M. CHEN<br>
                                                                      United States District Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY et al, | Case Number: CV12-04441 EMC |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| LEE VALVIS et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 26, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lee Valvis
4230 Wilson Lane
Concord, CA 94521

Dated: November 26, 2012

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

2